**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2185**

BRAHIM BOUMAKH,

> Plaintiff - Appellant,

v.

DR. MICHELLE REID, Superintendent; JOHN R. LEWIS HIGH SCHOOL,

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:24-cv-01098-RDA-LRV)

Submitted:  April 10, 2025                                    Decided:  April 14, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brahim Boumakh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brahim Boumakh appeals the district court's order dismissing his civil complaint for failure to comply with court orders or serve the complaint and denying his request that the district court judge recuse himself.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Boumakh v. Reid*, No. 1:24-cv-01098-RDA-LRV (E.D. Va., Oct. 24, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*